UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOWNSEL, | No. 1:15-CV-00903---MJS |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |
| MADERA COUNTY DEPT. OF CORRECTIONS | **(ECF No. 2)** |
| Defendant. | |

Plaintiff, David Townsel ("Plaintiff") is proceeding pro se in this action. Plaintiff filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915 on June 15, 2015. (ECF No. 2)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees. Plaintiff's Motion to Proceed *in forma pauperis* is therefore GRANTED.

IT IS SO ORDERED.

Dated:   June 30, 2015          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE